# ORIGINAL



FILED
CLERK, U.S. DISTRICT COURT
APR - 6 2000
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRCADIAN PHARM.<br><br>Plaintiff(s),<br>v.<br><br>NATROL, INC.<br><br>Defendant(s). | CASE NUMBER<br><br>CV 00-3452-RAP(RCx)<br><br>NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER |

TO: ALL COUNSEL APPEARING OF RECORD:

The Judge to whom the above-entitled case was previously assigned is no longer available; the case was assigned to him in error.

YOU ARE HEREBY NOTIFIED that, .pursuant to directive of the Chief U. S. District Judge and in accordance with the rules of this Court, the above-entitled case has been returned to the Clerk for random reassignment.

Accordingly, this case has been randomly reassigned to:

☒ Hon. _____WM. MATTHEW BYRNE, JR_____ , U.S. District Judge for all further proceedings.

☐ Hon. _____ , Magistrate Judge for:

☐ any discovery matters that may be referred.

☐ for all proceedings in accordance with General Order 194.

Please substitute the initials of the newly assigned Judge so that the new case number will read: ___CV 00-3452-WMB(RCx)___. This is very important because documents are routed by the initials.

CLERK U.S. DISTRICT COURT

ENTERED ON ICMS 4/6/00
T.C.

By _____
T. Saunders, Deputy Clerk

G- 74 (5/98) NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER